**Order entered October 8, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00571-CV

**VISTA FORRENT, LLC AND 3019 SOUTH BOULEVARD, DALLAS, TEXAS, Appellants**

**V.**

**CITY OF DALLAS, TEXAS, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05159**

### ORDER

On August 31, 2021, after being informed the parties were engaged in settlement negotiations, we granted appellants' motion for extension of time to file their brief and ordered them to file their brief, a motion to dismiss the appeal, or status report no later than September 30, 2021. To date, appellants have not complied or otherwise communicated with the Court. Accordingly, we **ORDER** appellants to file their brief, motion to dismiss, or status report **no later than October 26, 2021**. Because this is an accelerated appeal and the brief was first due

August 30, 2021, we caution appellants that failure to comply may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE